**Keenan L. McCOY, Plaintiff–Appellant,**

v.

**Darnly E. HODGE, Sr., Superintendent, Riverside Regional Jail; Ms. Beach, Accounting Tech, Riverside Regional Jail; T. McIntire, Sergeant, Riverside Regional Jail; Laura M. Reedy, Notary Public, Defendants–Appellees.**

**No. 08–6140.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2008.

Decided: July 10, 2008.

Keenan L. McCoy, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keenan L. McCoy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCoy v. Hodge*, No. 1:07–cv–01163–GBL–BRP (E.D.Va. Dec. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*